JS - 6

FILED: 4/12/2013

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET BARN RAISING, INC., et al ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HILTON PUBLISHING COMPANY, INC. ) <br> et al ) <br> ) <br> Defendants. ) <br> _____) | **CASE NO. CV 12-1496 GHK (PLAx)** <br><br> **ORDER OF DISMISSAL** |

Pursuant to the parties' *Notice of Settlement* of April 8, 2013, informing the Court that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FOURTEEN (14) DAYS**, to reopen the action if settlement is not consummated.

Dated:   4/12/13

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE